FILED
2025 Oct-09 PM 12:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| GEORGE CHAMBERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-00341-MHH-HNJ |
| | ) | |
| D. YEAGER, ACTING WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION AND ORDER

On September 5, 2025, the Magistrate Judge entered a report, (Doc. 12), in which he recommended that the Court dismiss this action without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for petitioner George Chambers's failure to prosecute his claim. In the alternative, the Magistrate Judge recommended that the Court dismiss this action without prejudice as moot. To date, the Court has not received objections to the report.

After consideration of the electronic record in this case, the Court adopts the magistrate judge's report and accepts his recommendation. Consistent with that recommendation, by separate order, the Court will deny Mr. Chambers's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 because Mr. Chambers's release from custody has rendered his petition and the motion for summary judgment concerning the petition moot.

**DONE** and **ORDERED** this October 9, 2025.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE